IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YVONNE ORTIZ-FISHER, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 3:13-cv-01168 |
| v. | ) ) Judge Nixon |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) Magistrate Judge Brown ) ) |
| Defendant. | ) ) |

### ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the ___ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT