UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YVONNE ORTIZ-FISHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:13-cv-1168 |
| v. ) | Judge Sharp |
| ) | |
| CAROLYN W. COLVIN, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 21), recommending that the Motion for Judgment on the Administrative Record (Docket No. 16) filed by Plaintiff Yvonne Ortiz-Fisher be denied and the Commissioner's decision be affirmed. No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the R & R. Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 21) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 16) is hereby DENIED and the Commissioner's decision is AFFIRMED.

1

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE